In the United States Court of Appeals
for the Eleventh Circuit

TIMOTHY BURKE,
    *Movant-Appellant*,

v.                                                  No. 23-13649-HH

UNITED STATES OF AMERICA,
    *Defendant-Appellee*

## United States' Amended Certificate of Interested Persons and Corporate Disclosure Statement

The following persons and entities have an interest in the outcome of this case:

1. American Civil Liberties Union, amicus curiae;[*]

2. American Civil Liberties Union of Florida, amicus curiae;[*]

3. Brown, Bruce D., Esq.;[*]

4. Burke, Timothy, movant-appellant;

5. Florida First Amendment Foundation, amicus curiae;[*]

6. Flynn, Hon. Sean P., United States Magistrate Judge;

7. Foundation for Individual Rights and Expression, amicus curiae;[*]

8. Gershow, Holly L., Assistant United States Attorney, Deputy Chief, Appellate Division;

---

[*]This person or entity is being added to the United States' initial Certificate of Interested Persons and Corporate Disclosure Statement.

9. Granick, Jennifer, Esq.;[*]

10. Handberg, Roger B., United States Attorney;

11. Jung, Hon. William F., United States District Judge;

12. LoCicero, Carol J., Esq.;[*]

13. Maddux, Michael P., Esq.;[*]

14. National Press Club, amicus curiae;[*]

15. National Press Club Journalism Institute, amicus curiae;[*]

16. Philipson, Jon M., Esq.;[*]

17. Rasch, Mark D., Esq.;

18. Reporters Committee for Freedom of the Press, amicus curiae;[*]

19. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

20. Tilley, Daniel Boaz, Esq.;[*] and

21. Trezevant, Jay G., Assistant United States Attorney.

No publicly traded company or corporation has an interest in the outcome of this appeal.

*Timothy Burke v. United States of America*
No. 23-13649-HH

No publicly traded company or corporation has an interest in the outcome of this appeal.

                                  Respectfully submitted,

                                  ROGER B. HANDBERG
                                  United States Attorney

By:   *s/ Holly L. Gershow*
        HOLLY L. GERSHOW
        Assistant United States Attorney
        Deputy Chief, Appellate Division
        Florida Bar No. 98960
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602
        (813) 274-6000
        holly.gershow@usdoj.gov

## Certificate of Service

I certify that a copy of this amened certificate of interested persons and corporate disclosure statement as well as the notice of electronic filing was sent by CM/ECF on February 26, 2024, to all counsel of record.

*s/ Holly L. Gershow*
HOLLY L. GERSHOW
Assistant United States Attorney
