In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-13649

_____

TIMOTHY BURKE,

Movant-Appellant,

*versus*

UNITED STATES OF AMERICA,

Intervenor Defendant- Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-mc-00014-WFJ-SPF

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 24, 2024

For the Court: DAVID J. SMITH, Clerk of Court